IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JEAN VARTANIAN, :

    Plaintiff, : CASE NO. 2:14-cv-14907

v. :

ACCOUNT SERVICES, : **NOTICE OF REMOVAL**

    Defendants. :

___

    Now comes Defendant Account Services Collections, Inc., pursuant to 28 U.S.C. §§ 1331, 28 U.S.C. § 1441, 15 U.S.C. § 1681 et seq., and files this Notice of Removal, and in support hereof sets forth the following grounds:

1. On or after December 1, 2014, Defendant was served with Plaintiff's Complaint, a copy of which is attached hereto, in an action entitled <u>Jean Vartanian v. Account Services</u> filed of record with the Clerk of Courts for the 43rd Judicial District, State of Michigan, Case No. 14-044871-SC.

2. Plaintiff's Complaint purports to set forth a cause of action under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

3. This Court has original jurisdiction over Plaintiff's cause of action based upon 28 U.S.C. § 1331 and 15 U.S.C. § 1681 et seq.  Pursuant to 28 U.S.C. § 1441, therefore, the civil action pending in the 43rd Judicial District, State of Michigan is removable to this Court.

4. Defendant will file its response to Plaintiff's Complaint with this Court within seven (7) days of the filing of this Notice of Removal.

5. Thirty (30) days have not yet expired since receipt of Plaintiff's Complaint.

6. Copies of all process, pleadings and orders served upon Defendant in this action are attached hereto.

7. Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff by ordinary mail on this date and has also forwarded a Notice for filing with the Clerk of Courts for the 43rd Judicial District, State of Michigan regarding this Notice of Removal.

WHEREFORE, Defendant prays that the above-captioned action now pending in the 43rd Judicial District, State of Michigan be removed therefrom and placed on the regular docket of the United States District Court for the Eastern District of Michigan.

Respectfully submitted,

/s/ Jennifer A. Kirby
Jeffrey C. Turner (OH 0063154)
Jennifer A. Kirby (OH 0080619)
SURDYK, DOWD & TURNER CO., L.P.A.
One Prestige Place, Suite 700
Miamisburg, Ohio 45324
Phone: (937) 222-2333
Fax: (937) 222-1970
jturner@sdtlawyers.com
jkirby@sdtlawyers.com
*Attorneys for Defendant Account Services Collections, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29th, 2014, a copy of the foregoing was mailed by regular U.S. Mail to the following:

Jean Vartanian
836 Chapin
Birmingham, MI 48009
*Pro Se Plaintiff*

/s/ Jennifer A. Kirby
Jennifer A. Kirby (OH 0080619)

Approved, SCAO

To order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court (with instructions)
1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

| STATE OF MICHIGAN 43RD JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM Small Claims | CASE NO. 14-044871-SC |
|---|---|---|

Court address: 305 E NINE MILE RD FERNDALE MI 48220   248-547-8700   Court telephone no.

See Instructions on the back of plaintiff and defendant copies.

1. Plaintiff: Jean Vartanian
Address: 836 Chapin
City, state, zip: Birmingham, MI, 48009   Telephone no.: 248-660-0117

2. Defendant: Account Services
Address: 1802 N.E. Loop 410 Suite 400
City, state, zip: San Antonio, TX 78217   Telephone no.: (210) 821-1234

**NOTICE OF HEARING**
For Court Use Only
The plaintiff and the defendant must be in court on
**COURT DATE WILL BE SET ONCE DEFT IS SERVED**
Day ____ Date ____
at ____ at ☐ the court address above.
Time
☐ Location ____
Process server's name: CERT MAIL   Fee paid: $12.00

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in ____ Court. The case number, if known, is ____. The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
☑ the plaintiff or his/her guardian, conservator, or next friend.   ☐ a partner.   ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☑ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ Other

6. The defendant is ☐ an individual. ☐ a partnership. ☑ a corporation. ☐ a sole proprietor. ☐ Other

7. The date(s) the claim arose is/are March 12, 2012 / 2014
Attach separate sheets if necessary

8. Amount of money claimed is $ 5000.00   (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are Not properly removing trade line report off credit bureau or investigating in a timely manner. In voilation of F.A.C.T.A and F.C.R.A laws and regulations. Refusal to do as agreed since 2012.

10. The plaintiff understands and accepts that the claim is limited to $5,000 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☑ is ☐ is not mentally competent. I believe the defendant ☑ is ☐ is not 18 years or older.

12. ☐ I do not know whether the defendant is in the military service. ☑ The defendant is not in the military service. ☐ The defendant is in the military service.

Subscribed and sworn to before me on 11/21/14   Signature ____   OAKLAND County, Michigan.

My commission expires: 12/10/18   Signature: ____ Deputy clerk/Notary public
Date

Notary public, State of Michigan, County of ____

The defendant(s) must be served by 2/20/15
Expiration date

DC 84 (9/12) AFFIDAVIT AND CLAIM, Small Claims   MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 521

Approved, SCAO

| | Original - Court | 2nd copy - Defendant/Attorney |
| | 1st copy - Plaintiff/Attorney | 3rd copy - Extra |

| STATE OF MICHIGAN | | CASE NO. |
| 43RD JUDICIAL DISTRICT | NOTICE TO APPEAR | 14044871SC SC |
| JUDICIAL CIRCUIT | | OFFENSE: |

Court address: 305 E. NINE MILE RD. FERNDALE, MI 48220

Court telephone no. (248) 547-8700

```
VARTANIAN/JEAN/
836 CHAPTIN
BIRMINGHAM, MI  48009
```
Plaintiff  ☐ Personal service
v

```
ACCOUNT SERVICES//
1802 N.E. LOOP 410 STE 400
SAN ANTONIO, TX  78217
```
Defendant  ☐ Personal service

Plaintiff's attorney/People  ☐ Personal service

Defendant's attorney  ☐ Personal service

Officer

**YOU ARE DIRECTED TO APPEAR AT:**

☒ The court address above, courtroom _____
☐ _____

~~Judge~~ X Magis. JAMES PATRICK BRENNAN  P-37508

**FOR THE FOLLOWING PURPOSE:**

| COURT ROOM or PLACE | DATE | TIME |
|---|---|---|
| | | |

☐ Pre-trial Conf.
☐ Preliminary Exam
☐ Jury Selection
☐ Jury Trial
☐ Nonjury Trial
☐ Sentencing
☐ Motion
☐ Arraignment
☐ Informal Hearing
☐ Formal Hearing
☒ HEARING MEDIATION — WEDNESDAY  1/07/15  8:30 AM
☐ The above matter is adjourned from _____ Date

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Date issued: DEC. 4, 2014                         Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment.

MC 06 (3/13) NOTICE TO APPEAR

*kw 12/04/14*