UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEAN VARTANIAN,

        Plaintiff,

v.

        Case No. 14-CV-14907

        Paul D. Borman
        United States District Judge

ACCOUNT SERVICES COLLECTIONS, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Parties' stipulation, this matter is hereby DISMISSED WITH PREJUDICE and with no award of costs or attorneys' fees to either party.

IT IS SO ORDERED.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: MAR 09 2015